# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV F 05-0331 |
| Plaintiff, | ) | ORDER VACATING HEARING DATE OF |
| v. | ) | JULY 25, 2005 AND TAKING MATTER UNDER |
| DOLORES J. KELLEY, | ) | SUBMISSION |
| Defendant. | ) | |

    Plaintiff United States noticed for hearing a motion for summary judgment. The hearing was originally scheduled for July 18, 2005 but was rescheduled for July 25, 2005. Pursuant to Local Rule 78-230(c), Defendant Kelley was required to file either an opposition or a notice of non-opposition no later than July 12, 2005. Defendant has done neither and is therefore not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed the summary judgment motion and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 25, 2005, is VACATED, and no party shall appear at that time. As of July 25, 2005, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 15, 2005          /s/ Anthony W. Ishii
h7ehd6                          UNITED STATES DISTRICT JUDGE