# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV F 05-0331 |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| DOLORES J. KELLEY, ) | |
| ) | |
| Defendant. ) | |

    The Court having granted plaintiff's motion for summary judgment and upon plaintiff United States of America's October 28, 2005 request, hereby enter judgment against defendant Dolores J. Kelley, as follows:

    a. Unpaid principal ($32.077.93) and accrued interest to the date of judgment ($860.64) in the total amount of $32,938.57;

    b. Court costs of $224.55 for U.S. Marshals' fees (pursuant to Summons Returned Executed filed herein on April 4, 2005), and $250.00 docket fees pursuant to 28 U.S.C. §§ 1920, 1921 and 1923, in the total amount of $474.55; and

    c. The total judgment is in the amount of $33,663.12. Post-judgment interest

///

///

///

1  accrues on the judgment at the legal rate of 4.34% per annum, computed daily and compounded
2  annually until paid, pursuant to 28 U.S.C. § 1961.

4  IT IS SO ORDERED.

5  **Dated:   December 7, 2005**                          **/s/ Anthony W. Ishii**
   0m8i78                                                 UNITED STATES DISTRICT JUDGE

2