# THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOLORES J. KELLEY,<br><br>　　　　　Defendant. | CIV-F-05-0331 AWI DLB<br><br>AMENDED JUDGMENT CORRECTING ORDER OF DECEMBER 8, 2005 |

　　　The Court granted plaintiff's motion for summary judgment and entered judgment on December 8, 2005. Upon United States of America's January 17, 2006 motion, the December 8, 2005 judgment is amended, *nunc pro tunc* as follows:

　　　a. Unpaid principal ($32.077.93) and accrued interest to the date of judgment ($860.64) in the total amount of $32,938.57;

　　　b. Court costs of $224.55 for U.S. Marshals' fees (pursuant to Summons Returned Executed filed herein on April 4, 2005), and $250.00 docket fees pursuant to 28 U.S.C. §§ 1920, 1921 and 1923, in the total amount of $474.55; and

　　　c. The total judgment is in the amount of $33,413.12. Post-judgment interest accrues on the judgment at the legal rate of 4.34% per annum, computed daily and compounded annually until paid, pursuant to 28 U.S.C. § 1961.

1  IT IS SO ORDERED.

2  **Dated:     March 1, 2006**                        **/s/ Anthony W. Ishii**
   0m8i78                                           UNITED STATES DISTRICT JUDGE

2